**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-40069-JPG |
| ) | |
| vs. ) | |
| ) | |
| TODD A. TOLER, ) | Title 21, United States Code, |
| ) | Sections 841 and 846 |
| Defendant. ) | Title 18, United States Code, Section 2 |
| ) | |

FILED
SEP 08 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count 1
### Conspiracy to Manufacture Methamphetamine

From in or about 2013, through in or about June 2015, in Union and Jackson Counties, Illinois, within the Southern District of Illinois, and elsewhere,

**TODD A. TOLER,**

defendant herein, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the Grand Jury, to knowingly and intentionally manufacture a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); all in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

A TRUE BILL:

[signature]

_____
STEPHEN R. WIGGINTON
United States Attorney

[signature]

_____
AMANDA A. ROBERTSON
Assistant United States Attorney

Recommended Bond: Detention