AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**SEALED**

United States of America
v.
TODD TOLER

Case No. 15-40069-JPG

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* TODD TOLER, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☑ Order of the Court

This offense is briefly described as follows:

Conspiracy to Manufacture Methamphetamine; bond revocation

Date: 07/07/2016

_____, Deputy Clerk
Issuing officer's signature

City and state: Benton, IL

for Justine Flanagan, Acting Clerk of Court
Printed name and title

### Return

This warrant was received on *(date)* 7-7-16, and the person was arrested on *(date)* 7-11-16 at *(city and state)* Benton, IL.

Date: 7-11-16

Lynn Steh
Arresting officer's signature

"for" Pete Kell, SDUSM
Printed name and title

FILED
JUL 18 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE